### THE PEOPLE ex rel. ANDREW SMITH et al. vs. THE MAYOR, ALDERMEN, &c., OF THE CITY OF NEW YORK.

An application for leave to make up a record, with a view to remove the cause to the Court of Errors; upon a decision of this court quashing a certiorari for errors appearing upon the face of the writ, and not upon the merits, will not be allowed.

*Motion by plaintiffs, that the plaintiffs have leave to make up and file a*

*Record of the judgment of this court on the certiorari in this cause.*—
It appears on the part of plaintiffs, that the writ of certiorari in this
cause was quashed by this court, by a rule, of 5 January, 1844.   That
the plaintiffs are desirous, and have been advised to bring a writ of errror
to this court, to remove the cause to the Court of Errors; that no record
has been made up and filed.   On the part of the defendants, it appears,
that the certiorari in this cause was allowed for the purpose of bringing
before this court an assessment, relative to the extension of a sewer, in
the 6th Avenue, in the city of New York, that although a return had
been filed to said certiorari previous to the said motion, such return was
not before the court on the argument of the said motion, nor considered
in the decision thereof ; that the return has never been before the court
on argument in any shape.   That the motion was founded solely on the
face of the certiorari itself, and of the affidavit of the relators, upon which
it had been allowed.   And the grounds urged for quashing the writ, were,
that it would not lie to review proceedings of such a character as an
assessment for a sewer; not being judicial in their nature; and alleged
it had been improvidently allowed.

 J. Rhoades, *Counsel for Relators.*  S. B. H. Judah, *Relators Atty.*
 P. Cagger, *Counsel for Defts.*    R. Emmet, *Defts Atty.*

 Nelson, Chief Justice.—Held that the proceedings could not be re-
viewed by writ of error, the certiorari being quashed upon error appear-
ing upon the face of the writ, and not upon the merits which the return
was intended to bring before the court; there was nothing to be brought
up on a record.